```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-10-2076-LRS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING INDICTMENT** |
| v. | ) | **AND QUASHING WARRANT** |
| | ) | |
| NOE CALDERA-LAZO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming before the above Court on the government's motion to dismiss the indictment and to quash the arrest warrant; and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED:**

That the indictment in the above-referenced case shall be dismissed;

**IT IS FURTHER ORDERED:**

That the arrest warrant issued in the above-referenced case shall be quashed.

DONE this 27th day of September, 2011.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE